United States District Court
for the
Southern District of Illinois

| | |
|---|---|
| ROOSEVELT BAKER, et al., )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AMSTED RAIL CO., INC., )<br>)<br>Defendant. )<br>) | Case Number: 13-CV-0006-MJR-SCW |

**<u>JUDGMENT IN A CIVIL ACTION</u>**

Pursuant to Plaintiffs' April 11, 2013 Notice of Voluntary Dismissal and Federal Rule of Civil Procedure 41(a)(1), this case was dismissed without prejudice.

Dated: April 15, 2013

NANCY J. ROSENSTENGEL, Clerk
<u>s/ Debbie DeRousse</u>
Deputy Clerk

Approved: <u>s/ Michael J. Reagan</u>
Michael J. Reagan, U.S. District Judge